UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISA KURDI,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION; DOES 1-100,<br><br>Defendants. | Case No.   1:22-cv-00729-JLT-EPG<br><br>ORDER APPROVING STIPULATION FOR EXTENSION FOR DEFENDANT CALIFORNIA DEPARTMENT OF TRANSPORTATION TO RESPOND TO THE COMPLAINT<br><br>(ECF No. 8) |

This matter is before the Court on the stipulation of Plaintiff Maisa Kurdi and Defendant California Department of Transportation for an extension until July 22, 2022, to respond to the complaint. (ECF Nos. 1, 8). As grounds, the stipulation states that "defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading."[1] (ECF No. 8, p. 1).

\\\

\\\

\\\

\\\

---

[1] The parties are advised that Local Rule 144(a) allows parties to stipulate to an initial extension of up to twenty-eight days without approval of the stipulation by the Court.

1

1   Upon review of the parties' stipulation (ECF No. 8), IT IS ORDERED that Defendant California Department of Transportation shall respond to Plaintiff's complaint no later than July 22, 2022.

IT IS SO ORDERED.

Dated: **July 15, 2022**                    /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE