UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISA KURDI,<br><br>   Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>   Defendant. | Case No.: 1:22-CV-00729-JLT-EPG<br><br>STIPULATION AND ORDER TO CONDUCT MENTAL EXAMINATION OF PLAINTIFF<br><br>(ECF No. 52) |

Plaintiff Maisa Kurdi and Defendant California Department of Transportation, by and through their attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff Maisa Kurdi claims she suffers from ongoing severe emotional distress as the result of the action or inaction of her current employer, Defendant California Department of Transportation; and

WHEREAS, Plaintiff Maisa Kurdi alleges she has taken multiple trips to the hospital during her employment and has taken extensive time off, including emergency treatment and dialing 911 for ambulance assistance, and has sought treatment for her alleged severe emotional distress, anxiety, depression, and panic attacks from multiple providers and treaters over the past several years of Caltrans employment; and

-1-

WHEREAS, Plaintiff Maisa Kurdi testified in deposition in this matter that she suffers from ongoing severe panic attacks and anxiety; and

WHEREAS, Plaintiff's Maisa Kurdi claims of emotional distress are specific, ongoing, unusually severe, and central to the controversy;

The Parties therefore stipulate and agree as follows:

1. That Plaintiff Maisa Kurdi shall undergo a Psychiatric Examination conducted by and expert retained by Defendant named James E. Rosenberg, M.D. and presented as an expert psychologist; and
2. That the examination will be conducted on January 29, 2024 at 10:00 a.m. at Imagine Reporting – Fresno, 680 W. Shaw Avenue, Suite 206, Fresno CA 93704, 559.889.3837; and
3. That the protocols for the examination are set forth in the Description of Psychiatric Examination – 2023, attached hereto as Exhibit A, and only the tests explicitly identified in the description can be administered.
4. The examination and its questioning of Plaintiff Maisa Kurdi will be limited to the time period of 08/01/2011 to present and the parties will only provide the examining physician with records within that time period.
5. Plaintiff Maisa Kurdi may audio tape the session and the doctor will provide Maisa Kurdi's counsel with a copy of his audio tape of the session.

IT IS SO STIPULATED.

DATED: 01/19/2024

                                   ERIN E. HOLBROOK, Chief Counsel
                                   ALAN M. STEINBERG, Deputy Chief Counsel
                                   GINA CARDOZA, Assistant Chief Counsel
                                   DANIEL D. O'SHEA, Deputy Attorney
                                   VALERIE J. VELASCO, Deputy Attorney

                                   By _/s/ Valerie Velasco for_____
                                         DANIEL D. O'SHEA
                                         Deputy Attorney
                                         California Department of Transportation

1  DATED:                                JOHN A. SHEPARDSON
2
3                                        By /s/ John A. Shepardson
                                             JOHN A. SHEPARDSON
4                                            Attorney for Plaintiff Maisa Kurdi

# ORDER

Based on the parties' stipulation (ECF No. 52), IT IS ORDERED as follows:

1. Plaintiff Maisa Kurdi shall undergo a Psychiatric Examination conducted by James E. Rosenberg, M.D.

2. The examination will be conducted on January 29, 2024, at 10:00 a.m. at Imagine Reporting – Fresno, 680 W. Shaw Avenue, Suite 206, Fresno CA 93704, 559.889.3837.

3. The protocols for the examination are set forth in the Description of Psychiatric Examination – 2023,[1] and only the tests explicitly identified in the description can be administered.

4. The examination and its questioning of Plaintiff Maisa Kurdi will be limited to the time period of 08/01/2011 to present and the parties will only provide the examining physician with records within that time period.

5. Plaintiff Maisa Kurdi may audio tape the session and the doctor will provide Maisa Kurdi's counsel with a copy of his audio tape of the session.

IT IS SO ORDERED.

Dated: **January 23, 2024**          /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation filed on the record contains an exhibit describing the protocols for the examination. (ECF No. 52, p. 5).

-4-