UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISA KURDI,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Case No.   1:22-cv-00729-JLT-EPG<br><br>ORDER REGARDING MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF<br><br>(ECF No. 56) |

On July 16, 2024, Attorney John A. Shepardson moved to withdraw as Plaintiff's counsel, mainly because Plaintiff has allegedly failed to provide a retainer fee for trial and communicate with counsel. (ECF No. 56). The motion is noticed for a hearing before this Court on August 23, 2024, at 11 a.m.

Local Rule 182(d) governs withdraw of counsel in these circumstances:

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. **The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw.** Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

E.D. Cal. LR 182(d) (emphasis added).

1

Because Attorney Shepardson has not fully complied with this Local Rule, the Court will require a supplemental filing. Specifically, while counsel has provided counsel's declaration, it does not state Plaintiff's current or last known address.[1] Further, counsel has not stated the efforts made to notify Plaintiff of the motion to withdraw.

Accordingly, IT IS ORDERED as follows:

1. The Court will keep on its calendar the hearing on the motion to withdraw set for August 23, 2024, at 11 a.m. Counsel for all parties and Plaintiff Maisa Kurdi are permitted to participate telephonically, and each person participating is directed to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.[2]

2. By no later than July 24, 2024, Attorney John A. Shepardson shall file an affidavit or declaration, stating the current or last known address or addresses of Plaintiff and the efforts made to notify Plaintiff of the motion to withdraw.

3. By no later than July 24, 2024, Attorney John A. Shepardson shall file a proof of service showing that (1) the motion to withdraw (ECF No. 56); (2) a copy of this order; and (3) counsel's to-be-filed affidavit or declaration were all mailed to Plaintiff's current or last known address.

4. If Attorney John A. Shepardson fails to timely and fully comply with this order, the motion to withdraw may be denied and the hearing vacated.

IT IS SO ORDERED.

Dated: **July 17, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel lists Plaintiff's email address but not Plaintiff's mailing address.

[2] Plaintiff is advised that, if Plaintiff fails to appear at the hearing, the motion to withdraw may be granted without the Court permitting a further opportunity for Plaintiff to offer a position as to the motion.