UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISA KURDI,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Case No. 1:22-cv-00729-JLT-EPG<br><br>ORDER DENYING REQUEST TO CONTINUE TRIAL DATE<br><br>(ECF No. 65) |

This matter is before the Court on Plaintiff Maisa Kurdi's request to continue the trial date. (ECF No. 65). For the reasons explained below, the Court will deny the request and set a status conference to set the remaining dates in this case.

Throughout the majority of this case, which was filed in June 2022, Plaintiff proceeded with counsel. However, on July 16, 2024, Attorney John A. Shepardson moved to withdraw as Plaintiff's counsel, mainly because Plaintiff allegedly failed to provide a retainer fee for trial and communicate with counsel. (ECF No. 56). The Court held a hearing on the motion, at hearing which Plaintiff personally appeared, and ultimately granted the motion. (ECF Nos. 61, 64). Notably, the Court issued an order on September 6, 2024, vacating the remaining dates in this case—the pretrial conference and trial dates—and stating as follows:

> By no later than January 10, 2025, Plaintiff shall file a signed and dated statement, reporting whether she has obtained new counsel, and if not, whether she intends to proceed without counsel in this case. Alternatively, if Plaintiff obtains new counsel, the attorney may file a notice of appearance on the record by no later than

1

January 10, 2025.

If new counsel timely appears, or if Plaintiff timely files a statement that she intends to proceed without counsel, the Court will reset the pretrial conference and trial dates.

(ECF No. 64, p. 3).

Plaintiff has filed a statement, dated January 15, 2025, stating that she has been trying to find a new attorney but it "has been extremely difficult to find one." (ECF No. 65, p. 2). She requests that the trial be continued for at least three to five months while she continues to find a new attorney.

Defendant opposes the request, primarily because the trial has already been vacated, the statement "does not indicate whether Plaintiff is prepared to proceed to trial without counsel, should she be unable to retain counsel," and Plaintiff has already had about 4 months to find counsel.[1] (ECF No. 66, p. 2).

Upon review, the Court will deny Plaintiff's request and set a status conference to set the remaining dates in this case. First, as Defendant notes, there is no need to continue the trial as that date was already vacated (along with the pretrial conference). Second, to the extent that Plaintiff requests more time to hire counsel, she has already had approximately four months to do so, and the Court does not find it appropriate to further delay this case, which has been pending since June 2022. Lastly, Plaintiff still has not indicated whether she will proceed *pro se* for the remainder of this case if she cannot find counsel as directed by the Court's prior order.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's request to continue the trial date, including any request for more time to hire counsel, is DENIED. (ECF No. 65).
2. A status conference is set for February 12, 2025, at 10 a.m. to reset the remaining dates in this case.
3. To participate in this conference (and any future telephonic proceedings before Magistrate Judge Erica P. Grosjean), the parties shall use the following new dial-in information: To connect to the telephonic conference, the parties shall (1) dial 1-669-254-5252, (2) enter

---

[1] The opposition also objects to the filing because it was untimely filed. However, the Court will not deny the request because it was filed 5 days late.

161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed #, and (5) enter *6 to unmute.

4. Plaintiff is advised that the failure to participate in this conference (and any other court proceedings) or to follow any court orders may result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **January 21, 2025**                    /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE

3