1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10   MAISA KURDI,                          Case No.   1:22-cv-00729-JLT-EPG

11                  Plaintiff,

12         v.                              ORDER REGARDING NOTICE OF
                                           SUBSTITUTION OF COUNSEL
13   STATE OF CALIFORNIA,
                                           (ECF No. 85)
14                  Defendant.

15

16

17         This matter is before the Court on the proposed consent order granting substitution of

18   attorney filed on June 19, 2025. (ECF No. 85). For the reasons explained below, the Court will

19   require a new substitution form to be filed.

20         The substitution form is not clear as to which attorney is substituting as the new attorney

21   in this case. The substitution form lists the Plaintiff herself—Maisa Kurdi—under the portion

22   designated for "signature of former attorney" although Plaintiff was previously proceeding *pro se*

23   and not as counsel in this case.[1] Attorney Faith Hashemi is listed under "signature of new

24   attorney," but the contact information "for new counsel" is for The Law Offices of James L.

25   Arrasmith, with it being unclear if Attorney Hashemi is associated with that law office. Notably,

26   the Court attempted to contact The Law Offices of James L. Arrasmith at the email address

27   provided (james@jlegal.org) but received no response.

28   ───────────────────────
     [1] For readability, the Court has made minor alterations to quotations without indicating each change.

                                             1

Accordingly, IT IS ORDERED as follows:

1. By no later than July 21, 2025, counsel for Plaintiff shall file a new substitution form that clearly identifies which new attorney will be representing Plaintiff going forward in this case.

2. If no substitution form is submitted by that date, the case will proceed with Plaintiff as *pro se*, without counsel.  Plaintiff will be responsible for adhering to all deadlines and court orders, and the case may be dismissed if she fails to do so.

IT IS SO ORDERED.

Dated:   **July 7, 2025**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2