UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAISA KURDI, | Case No.   1:22-cv-00729-JLT-EPG |
| Plaintiff, | |
| v. | ORDER REJECTING NOTICE OF SUBSTITUTION AND CONFIMING THAT PLAINTIFF PROCEEDS *PRO SE* |
| STATE OF CALIFORNIA, | |
| Defendant. | (ECF No. 85) |

As amended, Plaintiff Maisa Kurdi's complaint alleges sex discrimination and retaliation claims stemming from her time working for Defendant California Department of Transportation. (ECF No. 26).

Plaintiff's counsel was permitted to withdraw on September 6, 2024. (ECF No. 64). Plaintiff was left *pro se*, but recently, it appeared that she retained an attorney named Faith Hashemi. (ECF No. 82).

A notice of substitution form was filed in this case on June 19, 2025. (ECF No. 85). However, it has multiple errors and inconsistencies. Accordingly, on July 7, 2025, the Court ordered Plaintiff to file a new notice of substitution form. (ECF No. 86). In that order, the Court explained the following errors in the filed Notice of Substitution:

> The substitution form is not clear as to which attorney is substituting as the new attorney in this case. The substitution form lists the Plaintiff herself—Maisa Kurdi—under the portion designated for "signature of former attorney" although Plaintiff was previously proceeding *pro se* and not as counsel in this case.

1

1
2
3

Attorney Faith Hashemi is listed under "signature of new attorney," but the contact information "for new counsel" is for The Law Offices of James L. Arrasmith, with it being unclear if Attorney Hashemi is associated with that law office. Notably, the Court attempted to contact The Law Offices of James L. Arrasmith at the email address provided (james@jlegal.org) but received no response.

4
5
6
7

(*Id.* at 1-2). The Court ordered the filing of a new substitution form by no later than July 21, 2025, and warned that, "[i]f no substitution form is submitted by that date, the case will proceed with Plaintiff as *pro se*, without counsel. Plaintiff will be responsible for adhering to all deadlines and court orders, and the case may be dismissed if she fails to do so." (*Id.* at 2).

8
9

The Court's deadline has now passed and no new notice of substitution form has been filed.

10
11
12

Accordingly, given the lack of response, and the notice of substitution form not accurately stating who represents Plaintiff, the Court rejects the notice of substitution form and Plaintiff will proceed *pro se*.

13
14
15
16
17

Further, the Court notes that Plaintiff has already received ample time to retain new counsel, including the Court giving Plaintiff approximately four months to find counsel before setting the remaining case deadlines. (ECF Nos. 64, 70). However, given that the recent notice of substitution was not accurate, and the Court received no response from any party or counsel to its order requiring a new form, the Court is not inclined to grant any further continuances for Plaintiff to obtain counsel.

18
19

Further, if Plaintiff fails to meet any deadlines, attend any proceedings, or prosecute the remainder of this case, she is advised that it may be dismissed.

20

Accordingly, IT IS ORDERED as follows:

21
22
23

1. The Clerk of Court is directed to terminate any attorney currently listed as representing Plaintiff and shall designate Plaintiff as proceeding *pro se* on the docket. (*See* ECF No. 80 for Plaintiff's contact information).

24
25
26
27

2. The schedule remains as previously set: Pretrial Conference is set for 8/4/2025 at 01:30 PM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston; Jury Trial is set for 10/15/2025 at 08:30 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (ECF No. 84).

28

3. Failure to meet any deadlines or attend proceedings may result in the dismissal of

2

this case for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

   Dated:   **July 24, 2025**          /s/ *Erica P. Grosjean*
                              UNITED STATES MAGISTRATE JUDGE