**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAISA KURDI, | No. 1:22-cv-00729 JLT EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 100) |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Maisa Kurdi now proceeds *pro se* in this closed civil action that alleged claims stemming from her employment with California Department of Transportation.

On March 6, 2026, the assigned magistrate judge issued findings and recommendations to deny Defendant costs. (Doc. 100.) The Court served the findings and recommendations on the parties and notified them that objections were due in thirty days. (*Id*. at 5.) The Court advised them that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The findings and recommendations issued on March 6, 2026, (Doc. 100), are **ADOPTED IN FULL.**

2. Defendant is denied costs. (Doc. 98.)

3. This case remains closed.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

UNITED STATES DISTRICT JUDGE

2